No. 80–1498. NATIONAL LABOR RELATIONS BOARD *v.* H & D, INC. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Charles D. Bonanno Linen Service, Inc.* v. *NLRB*, 454 U. S. 404 (1982).

No. A–570. WASHBURN *v.* WASHBURN. Super. Ct. D. C. Application for stay, addressed to JUSTICE O'CONNOR and referred to the Court, denied.

No. A–583. MELIA *v.* UNITED STATES ET AL. C. A. 2d Cir. Application for recall and stay of mandate, presented to JUSTICE MARSHALL, and by him referred to the Court, denied.

No. A–617. UNITED STATES *v.* UNDETERMINED QUANTITIES OF ARTICLES OF DRUGS. Application for stay of the orders of the United States District Court for the Southern District of Florida, Case Nos. 80–6400–Civ–JLK and 80–6407–Civ–JLK, entered November 13, 1981, presented to JUSTICE POWELL, and by him referred to the Court, is granted pending final disposition of the appeal to the United States Court of Appeals for the Eleventh Circuit.

No. D–255. IN RE DISBARMENT OF HOLMAN. It is ordered that James R. Holman, of Tempe, Ariz., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–256. IN RE DISBARMENT OF DEFRANCIS. It is ordered that Frank D. DeFrancis, of Dayton, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.